GREGORY STECK, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on January 20, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS GALELLA, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on January 20, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McLAUGHLIN, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on January 20, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SAVIGNANO, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on January 20, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Fein, Milonas and Ellerin, JJ.

■ PHILIP FOSTER, Appellant, v WINSTON PERSONNEL AGENCY, Respondent.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, denied, and insofar as it seeks reargument granted and upon reargument the order of this court entered on April 30, 1985 [110 AD2d 1094] is recalled and resettled to add to the preamble paragraph: "and the further ground of failure to state a cause of action." Resettled order signed and filed. Concur—Sandler, J. P., Carro, Asch, Fein and Milonas, JJ.

■ In the Matter of ARTHUR PERRY.—Motion granted and respondent will be reinstated as an attorney and counselor-at-law in the State of New York upon furnishing to this court proof of the successful completion of a recognized Bar review course, and upon taking the appropriate oath. Concur—Kupferman, J. P., Sullivan, Fein, Milonas and Kassal, JJ.